Marion Leon BEA, Plaintiff—Appellant,

v.

Beth ARTHUR, Sheriff, Arlington County Detention Facility, Defendant—Appellee.

No. 04–7451.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 16, 2004.

Decided: Dec. 23, 2004.

Marion Leon Bea, Appellant pro se.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marion Leon Bea appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bea v. Arthur,* No. CA–04–802 (E.D. Va. filed Aug. 23, 2004 & entered Aug. 26, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*AFFIRMED*